IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.:   4:14CR775-BHH-1 |
| | : | |
| vs. | : | |
| | : | **BRIDGE PROGRAM** |
| AMY NICOLE BOYER | : | **SANCTION ORDER** |

On April 22, 2015, defendant was accepted as a participant in the BRIDGE Program under which program defendant's compliance with the terms of supervision is overseen by the BRIDGE Team.  Defendant has been found in violation of the conditions of defendant's supervision, and the undersigned United States District Judge has determined that defendant's violation conduct requires a jail sanction.

IT IS HEREBY ORDERED that the defendant turn herself in to the United States Marshal's Service at the McMillan Federal Building, 401 West Evans Street, Florence, S. C.  on Monday, July 20, 2015, at 3:00 pm to serve a sentence of two (2) hours.   The defendant shall then be released from custody.

s/ Bruce Howe Hendricks

HON. BRUCE HOWE HENDRICKS
UNITED STATES DISTRICT JUDGE

DATE   July 15, 2015
Florence, South Carolina