IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 4:14cr775-BHH-1 |
| | : | 4:14cr775-BHH-3 |
| vs. | : | |
| | : | **ORDER TERMINATING** |
| Amy Nicole Boyer | : | **DEFENDANTS' PARTICIPATION IN** |
| Matthew Reed Caulder | | **THE BRIDGE PROGRAM** |

On April 22, 2015, defendants were accepted as participants in the BRIDGE Program under which program the defendants' compliance with the terms of supervision is overseen by the BRIDGE Program Team. Defendants have successfully completed all phases of the program and graduated on October 12, 2016. The BRIDGE Program Team has determined that defendants' participation in the BRIDGE Program should be ended.

IT IS ORDERED that upon successful completion of all phases of the BRIDGE Program, defendants' participation in the Program is hereby ended.

As graduates of the BRIDGE Drug Court Program, the additional following conditions of supervision are recommended by the BRIDGE Team:

1. Defendant shall attend at least three (3) Narcotics Anonymous and/or Alcoholics Anonymous meetings a week and provide proof of attendance to the probation officer until directed to cease by the probation officer.

2. Defendant shall attend two aftercare treatment sessions per month for three months, then one session per month for three months (nine sessions total).

3. Defendant shall attend one (1) Bridge drug court hearing per month for a period of three months.

The trial of this case is hereby continued until the July, 2017, term of court.

This period of delay is approved by the Court and is therefore excludable under the provisions of Title 18 USC Section 3161(h)(2) of the Speedy Trial Act of 1974.

s/ Bruce Howe Hendricks

HON. BRUCE H. HENDRICKS
UNITED STATES MAGISTRATE JUDGE

DATE: November 1, 2016
Florence, South Carolina